IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ORVAL HALEY, Individually and on**
**behalf of all others similarly situated**                                                                **PLAINTIFF**

v.                                    Case No. **4:18-cv-00485 KGB**

**GOODWILL INDUSTRIES**
**OF ARKANSAS, INC.**                                                                                    **DEFENDANT**

### ORDER

Before the Court is a joint motion to dismiss with prejudice and for approval of settlement agreement (Dkt. No. 26). In the motion, the parties represent that they have entered into a settlement agreement and release of claims (*Id.,* ¶ 5). The parties represent that they have resolved the litigation in full and request dismissal of this case with prejudice (*Id.*). They also request judicial review and approval of the settlement agreement (*Id.,* ¶ 6). The parties aver that the settlement represents a fair and equitable compromise and that negotiations were conducted by opposing counsel at arms' length (*Id.,* ¶ 7).

All parties have been and are represented by counsel  The Court reviewed Mr. Haley's allegations against defendant Goodwill Industries of Arkansas, Inc. ("Goodwill Arkansas"), when ruling on the motion for conditional certification (Dkt. No. 19). The parties present the settlement agreement for the Court's review (Dkt. No. 26-1). The Court has reviewed the settlement agreement, including but not limited to the parties' representations regarding the exchange of information about claims and defenses, including but not limited to time and pay records for all opt-in plaintiffs; the ability to consult with counsel; payments to be made to Mr. Haley and opt-in plaintiffs; the waiver language; and the negotiation and amount of attorneys' fees, among other

matters addressed (*Id.*).  For good cause shown, the Court grants the parties' joint motion to dismiss with prejudice and for approval of settlement agreement (Dkt. No. 26).

    It is so ordered this 22nd day of May, 2020.

                                                           Kristine G. Baker
                                                           United States District Judge